UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

HAROLD BERNARD MASON, )
)
    Plaintiff, )
)
vs. ) Case No. 4:05-CV-1988-SNL
)
WELLS FARGO NORWEST BANK, NA, )
TARKIO VOCATIONAL COLLEGE, )
STATE OF MISSOURI, MISSOURI )
DEPARTMENT OF HIGHER )
EDUCATION, MATT BLUNT and )
JEREMIAH NIXON, )
)
    Defendants. )

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915 (e) (2) (B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915 (a) (3).

Dated this 29th day of November, 2005.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**