UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HAROLD B. MASON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WELLS FARGO -NORWEST BANK, N.A., )<br>ET. AL., )<br>)<br>Defendants. ) | Case No. 4:05CV1988SNL |

## ORDER

On or about November 29, 2005 this Court entered its order dismissing *pro se* plaintiff's complaint as legally frivolous. Court Orders # 5 and #6. This matter is before the Court on the plaintiff's "Motion for Final Judgment" (#7), filed December 27, 2005.[1]

Upon a review of this motion, it appears that plaintiff is simply reiterating the generalizations contained in his original complaint of which the Court found to be legally frivolous. The Court considers the instant motion to be one for reconsideration of its dismissal of this cause of action, and will deny same.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "Motion for Final Judgment" (#7) considered to be a motion for reconsideration be and is **DENIED.**

---

[1] On December 30, 2005, plaintiff filed a notice of appeal (#8).

Dated this  3rd   day of January, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE